UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

      V.                            : Case No. Cr. 10-285-01 (PGS)

                                   :    O R D E R

RAUL GARCIA-MERCEDES
                                   :

      The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

      It is on this 18th day of May, 2010,

ORDERED that Lisa Mack from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant is this cause until further order of the Court.

                                                S/  ESTHER SALAS
                                      UNITED STATES MAGISTRATE JUDGE