UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 10-285 (PGS) |
| RAUL GARCIA-MERCEDES | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lakshmi Srinivasan Herman, Assistant U.S. Attorney), and defendant Raul Garcia-Mercedes (by ~~Brian~~ Lisa ~~Reilly~~ Van Hoeck, AFPD) for an order granting a continuance of the proceedings in the above-captioned matter from July 13, 2010 to September 30, 2010 to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this \_\_\_13\_\_\_ day of July 2010,

ORDERED that the period from July 13, 2010, through September 30, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
Hon. Peter G. Sheridan
United States District Judge

Form and entry
consented to:

_____
Lakshmi Srinivasan Herman
Assistant U.S. Attorney

_____
~~Brian Reilly~~, AFPD  Lisa Van Hoeck
Counsel for defendant Raul Garcia-Mercedes