UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES V. RAUL GARCIA-MERCEDES

## PETITION FOR WRIT OF HABEAS CORPUS

1. RAUL GARCIA-MERCEDES, State of NJ SBI No. 132147D is now confined to the Essex County Correctional Facility

2. RAUL GARCIA-MERCEDES, State of NJ SBI No. 132147D, will be required at the United States Court House in Trenton, New Jersey before the Hon. Peter G. Sheridan, U.S. District Judge, on April 11, 2011 at 11:00 a.m., for a plea, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: April 7, 2011

_____
Lakshmi Srinivasan Herman, A.U.S.A.
Petitioner

### ORDER

Let the Writ Issue.
DATED:

_____
Hon. Peter G. Sheridan, U.S. District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility:
WE COMMAND YOU that you have the body of

RAUL GARCIA-MERCEDES, State of NJ SBI No. 132147D

now confined at the Essex County Correctional Facility, brought to the United States Court House in Trenton, New Jersey before the Hon. Peter G. Sheridan, U.S. District Judge, on April 11, 2011 at 11:00 a.m., for a plea, in the above-captioned case.

WITNESS the Honorable Peter G. Sheridan
United States District Judge
Newark, New Jersey

DATED: April 7, 2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk