UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAUL GARCIA-MERCEDES | Civil Action No.: 10-cr-285 (PGS)<br><br><br>**ORDER** |

On April 11, 2011, Defendant Raul Garcia-Mercedes ("Defendant") pled guilty in the above-captioned matter.

As a result, it is hereby ORDERED that:

Defendant's motion to dismiss the indictment (Docket Entry 18) is moot.

05/03/11

PETER G. SHERIDAN, U.S.D.J.